**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1381**

THOMAS RAYMOND FIRRIOLO,

Plaintiff - Appellant,

v.

SHARE SUNBELT RESOURCES, INC., Directors, Employee; Supervisor; MARK GOLDEN, Owner, Palmetto Heating & Air, LLC; JOHN HORN, Manager, Palmetto Heating & Air, Manager & Director of Installation; TRACY CAMPBELL, Office Manager, Palmetto Heating & Air; TIMOTHY COGGINS, Mechanical Inspector for the City of Greenville, formerly Palmetto Heating & Air and previous Director; ALLEN BRISTOW, General Contractor, hired by Share Sunbelt Resources, Inc.; ROSS L. BOWEN, JR., Coordinator for Allen Bristow and Examiner; TRANE; DIRECTORS, hired Mark Golden, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:18-cv-00335-DCC)

Submitted:  August 2, 2019                                    Decided:  August 15, 2019

Before KEENAN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Thomas Raymond Firriolo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Raymond Firriolo seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing his complaint for lack of subject matter jurisdiction. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 13, 2018. The notice of appeal was filed on April 10, 2019. Because Firriolo failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny as moot Firriolo's motion requesting that we issue a decision in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*